Sevan Gobel (SBN: 221768)
sgobel@lbbklaw.com
Ara Baghdassarian (SBN: 307867)
abaghdassarian@lbbklaw.com
LAGASSE BRANCH BELL + KINKEAD LLP
626 Wilshire Blvd., Suite 1000
Los Angeles, CA 90017
Telephone: (213) 817-9152
Facsimile: (213) 817-9154

Attorneys for Defendant, KOHL'S INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA BRADY, <br><br> Plaintiff, <br><br> vs. <br><br> KOHLS, INC.; DOES 1 TO 20, <br><br> Defendant. | CASE NO. <br><br> **DECLARATION OF ARA M. BAGHDASSARIAN IN SUPPORT OF DEFENDANT KOHL'S, INC.'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §§ 1332, 1441(b)** <br><br> [Filed Concurrently with the Notice of Removal and Notice of Interested Parties] <br><br> State Action filed: 10/19/2021 |

I, Ara M. Baghdassarian, declare as follows:

1. I am an attorney with the law firm of Lagasse Branch Bell + Kinkead LLP, counsel of record for Defendant KOHL'S, INC. (KOHL'S). I am admitted to practice law in the State of California and before this Court.

2. I have personal knowledge of all the facts set forth below, and if called upon to testify to same, I could and would do so competently and truthfully. I make this declaration in support of KOHL'S INC.'s Notice of Removal.

-1-
DECLARATION IN SUPPORT OF NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

3. On December 16, 2021, Plaintiff served KOHL'S with the Summons and First Amended Complaint in the State Court Action, along with all other documents filed in the State Court Action and the Statement of Damages. True and correct copies of all such documents served on Kohl's on December 16, 2021 (the Summons, Complaint, Civil Case Cover Sheet, Civil Case Cover Sheet Addendum and Statement of Location, Standing Order Re: Personal Injury Procedures, Substitution of Attorney, First Amended Complaint, and Statement of Damages) are collectively attached hereto as **Exhibit A**.

4. On February 1, 2022, KOHL'S filed and served an Answer to the First Amended Complaint in the State Court Action. A true and correct copy of KOHL'S Answer is attached hereto as **Exhibit B**.

5. On May 6, 2022, Plaintiff served responses to KOHL'S Form Interrogatories, Set One, wherein Plaintiff stated in response to Form Interrogatory No. 2.5 that her residence is located at 13060 Thoroughbred Way, Whittier, CA 90601 where she has resided for more than five years. True and correct copies of KOHL'S Form Interrogatories, Set One, and Plaintiff's Responses to Form Interrogatories, Set One, are collectively attached hereto as **Exhibit C**.

6. On May 6, 2022, Plaintiff also served her verified response to Form Interrogatory No. 6.4 wherein she stated she incurred medical damages of at least $336,368.72 as a result of the subject incident.

7. Defendant KOHL'S, INC. is a corporation formed under the laws of the State of Delaware with its corporate headquarters and principal executive offices, and thus its principal place of business, located in Menomonee Falls, Wisconsin.

/ / /

/ / /

/ / /

/ / /

8.    KOHL'S will provide written notice of the filing of this Notice of Removal to adverse parties as required by 28 U.S.C. section 1446(d) and will file a copy with the Clerk of Court of the Superior Court of California, County of Los Angeles, as further required by the statute.

I declare under the penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on May 19, 2022, in Los Angeles, California.

ARA M. BAGHDASSARIAN

-3-
DECLARATION IN SUPPORT OF NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA