JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA BRADY, | ) **CASE NO. 2:22-cv-03427-SPG-PDx** |
| Plaintiff, | ) |
| vs. | ) **ORDER RE: JOINT** |
| | ) **STIPULATION FOR DISMISSAL** |
| KOHLS, INC.; DOES 1 TO 20, | ) State Action filed: 10/19/2021 |
| Defendant. | ) |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff DONNA BRADY, and defendant KOHLS, INC.

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated:   June 6, 2023

SHERILYN PEACE GARNETT
U.S. DISTRICT JUDGE